```
                    UNITED STATES BANKRUPTCY COURT
                      EASTERN DISTRICT OF MISSOURI
                            EASTERN DIVISION
```

In re:                              ) CASE NO: 11-43145-399  Chapter 13
    DOUGLAS PAUL MAYFIELD         )
                                  ) Trustee's Objection to Confirmation
    ANGELA MARIE MAYFIELD         )
                                  ) Original confirmation hearing
                         Debtor(s)  ) set for May 18, 2011 10:00 AM

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

    **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. 2016(b) conflicts with Statement of Financial Affairs #9.
2. The plan does not provide sufficient funds to pay all creditors entitled to full payment, including fair market value of secured claims and priority debts. 11 USC Secs. 1322(a)(2) & 1325(a)(5)(B)(ii)
3. The set monthly payments to be made by the Trustee exceed the plan payment.
4. A. Debtor has not filed a detailed statement to support the $8,661 business expenses listed on line 16 of Schedule J, as required by the official form.

    **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

                                                            /s/ John V. LaBarge, Jr.
DSD-351                                     -----------------------------
                                                           John V LaBarge Jr
Copy served on the following either   Chapter 13 Trustee
through the Court's ECF system or by  P.O. Box 430908
ordinary mail on May 9, 2011      :  St. Louis, MO 63143   (314) 781-8100
                                                trust33@ch13stl.com   Fax:(314) 781-8881

GOLDBERG LAW FIRM LLC
6901 GRAVOIS AVE
ST LOUIS MO  63116


DOUGLAS PAUL & ANGELA MARIE MAYFIELD
7680 TIERNEY FARMS
DITTMER MO  63023